IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROBERT LAND** | : | **CIVIL ACTION** |
| v. | : | |
| | : | **NO. 15-5240** |
| **DELTA AIR LINES, INC.** | : | |

## ORDER

**AND NOW**, this 7th day of December 2015, upon consideration of Defendant's Partial Motion to Dismiss Counts I and III of Plaintiff's Amended Complaint (ECF Doc. No. 20), Plaintiff's Opposition (ECF Doc. No. 21) and for the reasons in the accompanying memorandum, it is **ORDERED** Defendant's Motion (ECF Doc. No. 20) is **GRANTED** as Plaintiff cannot state a claim for either false imprisonment or intentional infliction of emotional distress after two attempts. Counts I and III are **dismissed** with prejudice.

_____
KEARNEY, J.